**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL and JEFF VAN WAGENEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROGER WAYNE PARKER,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH, individually and in his official capacity as County of Riverside District Attorney; SEAN LAFFERTY, individually and in his official capacity; and TRICIA FRANSDAL, individually and in her official capacity; JEFF VAN WAGENEN, individually,<br><br>            Defendants. | Case No. 5:21-cv-01280-JGB-KK<br><br>*District Judge, Jesus G. Bernal*<br>*Magistrate Judge, Kenley Kiya Kato*<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

NOTICE IS HEREBY GIVEN that Defendants COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL, and JEFF VAN WAGENEN's petition for permission to appeal this Court's order partially denying defendants' motion for judgment on the pleadings [Dkt. 44] was granted by the United States Court Appeals for the Ninth Circuit on June 23, 2022. [Dkt. 56.] The current briefing schedule is: (1) Appellant's opening brief and excerpts of record shall be served and filed on August 24, 2022; (2) Appellee's answering brief and

excerpts of record shall be served and filed on September 26, 2022; and (3) Appellant's optional reply brief shall be filed and served by October 17, 2022.

Though a notice of appeal does not need to be filed, Defendants file this Notice of Appeal in order to ensure the appeal is protected by paying the required fees. *See* Fed. R. App. P. 5(d). These fees will be paid upon the filing of this Notice of Appeal.

DATED: June 30, 2022           LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Abigail McLaughlin*
TONY M. SAIN
TORI L.N. BAKKEN
ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendants, COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL and JEFF VAN WAGENEN

**FEDERAL COURT PROOF OF SERVICE**
Roger Wayne Parker v. County of Riverside, et al
Case No. 5:21-cv-01280-JGB-KK

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 30, 2022, I served the following document(s): NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 30, 2022, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

4883-7213-4438.1

1
NOTICE OF APPEAL

**SERVICE LIST**
**Roger Wayne Parker v. County of Riverside, et al**
**Case No. 5:21-cv-01280-JGB-KK**

Gerald B. Singleton
John Lemon
Kimberly Trimble
SINGLETON SCHREIBER LLP
450 A Street, 5th Floor
San Diego, California 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Attorneys for Plaintiff, ROGER WAYNE PARKER
gsingleton@singletonschreiber.com
jlemon@singletonschreiber.com
ktrimble@singletonschreiber.com


Wilbur O. Colom, MS SBN 6403 *(Pro Hae Vice Pending)*
COLOM AND BRANT LLC
SPECIAL COUNSEL TO THE PRESIDENT OF THE NAACP
P. O. Box 866
Columbus, MS 397703
Telephone: (662) 327-0903
Facsimile: (662) 329-4832
wil@colom.com