**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL and JEFF VAN WAGENEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROGER WAYNE PARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH, individually and in his official capacity as County of Riverside District Attorney; SEAN LAFFERTY, individually and in his official capacity; and TRICIA FRANSDAL, individually and in her official capacity; JEFF VAN WAGENEN, individually,<br><br>    Defendants. | Case No. 5:21-cv-01280-JGB-KK<br><br>[*Hon. Jesus G. Bernal, Dist. Judge; Kenly Kiya Kato, M. Judge*]<br><br>**STIPULATION AND JOINT REQUEST OF PARTIES TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING APPEAL OF COURT'S ORDER PARTIALLY DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[*Filed Concurrently with Proposed Order*]<br><br>Complaint Filed:  July 29, 2021<br>Notice of Appeal: June 30, 2022<br>Trial Date:        None Set |

**TO THE HONORABLE COURT:**

By and through counsel of record in this action, Plaintiff ROGER WAYNE PARKER ("Plaintiff") and Defendants COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL, and JEFF VAN WAGENEN ("Defendants") (collectively the "Parties") hereby stipulate and jointly

request pursuant to Central District Local Rule 7-1 that the honorable Court stay all further proceedings in this matter pending resolution of Defendants' appeal of this Court's order partially denying Defendants' Motion for Judgment on the Pleadings.

1. **GOOD CAUSE STATEMENT.**

   1. On February 23, 2022, this Court issued an Order granting-in-part and denying-in-part Defendants' Motion for Judgment on the Pleadings. [Dkt. 44.]

   2. Defendants then filed a Motion for Interlocutory Appeal regarding the Court's partial denial of their Motion for Judgment on the Pleadings, which this Court granted on May 5, 2022. [Dkt. 55.]

   3. On June 23, 2022, the Ninth Circuit granted Defendants' Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b). [Dkt. 56.] Defendants' Appeal was assigned Case No. 22-55614 by the Ninth Circuit.

   4. Pursuant to the Ninth Court's order, Defendants perfected their appeal and additionally filed a Notice of Appeal on June 30, 2022. [Dkt. 57.]

   5. On August 24, 2022, Defendants-Appellants filed their opening brief and excerpts of record with the Ninth Circuit. [*See id.*]

   6. Plaintiff-Appellee's answering brief and excerpts of record are to be filed on September 26, 2022. [*Id.*]

   7. Defendants-Appellants' optional reply brief is to be filed by October 17, 2022. [*Id.*]

   8. Pending an appeal, a district court must refrain from ruling on issues over which appellate review is imminent. 16 Charles A. Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice and Procedure § 3921.2 at 56 (2d ed. 1997). Here, this Court found that "[a] Ninth Circuit decision agreeing with Defendants' interpretation of the Brady issue would prove fatal to Mr. Parker's two remaining causes of action[.]" [Dkt. 55 at p. 4.] Thus, appellate review is imminent over all remaining issues in this litigation.

9. Further, this Court retains jurisdiction to stay its own proceedings pending appeal. *See, e.g.*, *Aronson v. Gannett Publ. Servs., LLC*, 2020 U.S. Dist. LEXIS 237910, at *4-7 (C.D. Cal. Dec. 15, 2020); *see also* Fed. R. App. P. 8.

10. In order to qualify for a stay pending appeal, there must be at least (1) a substantial case for relief on the merits on appeal; (2) the stay is in public interest; and (3) probable irreparable harm if no stay is granted. *See Leiva-Perez v. Holder*, 640 F.3d 962, 966-70 (9th Cir. 2011); *Madrigal v. Tommy Bahama Grp., Inc.*, 2011 U.S. Dist. LEXIS 164056, at *3-4 (C.D. Cal. Aug. 22, 2011). Here, the Ninth Circuit has yet to definitively resolve the issue raised before it in Defendants' Appeal: whether a conviction is required to establish prejudice for a *Brady*-based § 1983 claim. [Dkt. 55 at p. 4.] Thus, a stay of further proceedings is warranted because Defendants' appeal raises serious questions of constitutional law. *See Guifu Li v. A Perfect Franchise, Inc.*, 2011 U.S. Dist. LEXIS 60814, at *9-11 (N.D. Cal. June 8, 2011). Moreover, the resolution of such a legally significant issue is in the public interest. [*See* Dkt. 55 at pp. 3-4.] Moreover, there is irreparable harm to both parties in continuing to litigate in the district court because they will be forced to undergo the expense of contemporaneous litigation and the accompanying fees and expenditure of time inherent in pursuing litigation in *both* this Court and the Court of Appeals even though the Ninth Circuit's resolution of the Defendants' pending appeal could result in dismissal of Plaintiff's entire case.[1]

11. Upon information and belief, Defendants' Appeal will not be resolved in time for the parties to comply with the deadlines currently set in the operative Civil Trial Scheduling Order [Dkt. 34] and, thus, those deadlines should be vacated by this Court.

---

[1] Plaintiff does not stipulate that Defendants have a likelihood of success regarding the pending appeal or the underlying litigation, but does stipulate that there is good cause for a stay in this matter.



4889-0624-4403.3

3

STIP. OF PARTIES TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING APPEAL

12. Accordingly, the parties hereby stipulate that Good Cause exists for the stay of all district court proceedings requested herein.

## 2. **STIPULATION TO STAY ALL DISTRICT COURT PROCEEDINGS.**

13. In light of the foregoing Good Cause and subject to Court approval, the Parties stipulate by and through their respective counsel that all further proceedings in this matter, including discovery (both written and depositions, non-expert and expert), motions (pre-trial, discovery-related, and dispositive), and trial, shall be stayed until further order of this Court, pending resolution of Defendants' appeal of this Court's order partially denying Defendants' Motion for Judgment on the Pleadings.

14. The Parties further stipulate that all deadlines, cut-offs, and/or dates set in the operative Civil Trial Scheduling Order [Dkt. 34] are vacated. These deadlines include, and are not limited to, (1) Deadline for Initial Designation of Expert Witnesses (currently set for January 9, 2023); (2) Deadline for Designation of Rebuttal Expert Witnesses (currently set for January 30, 2023); (3) All Discovery Cut-Off (currently set for February 13, 2023); (4) Deadline for Hearing of Discovery Motions (currently set for February 13, 2023); (5) Dispositive Motion Hearing Cut-Off (currently set for May 1, 2023 at 9:00 a.m.); (6) Last Day to Conduct Settlement Conference (currently set for March 20, 2023); (7) Final Pretrial Conference (currently set for June 12, 2023 at 11:00 a.m.); and (8) Jury Trial (currently set for June 27, 2023 at 9:00 a.m.).

///
///
///

15. The Parties further stipulate that, after final resolution of Defendants' appeal (whether by mandate of the Ninth Circuit or the Supreme Court, whichever occurs later), the Court should set a further Rule 16 Scheduling Conference to reset the vacated case management deadlines, including, but not limited to, setting the All Discovery Cut-Off in this matter for at least six (6) months after the mandate of the Ninth Circuit or the Supreme Court, whichever occurs later.

**IT IS SO STIPULATED.**

DATED: September 16, 2022     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Abigail J.R. McLaughlin
TONY M. SAIN
TORI L. N. BAKKEN
ABIGAIL J. R. McLAUGHLIN
Attorneys for Defendants, COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL and JEFF VAN WAGENEN

DATED: September 16, 2022     SINGLETON SCHREIBER LLP

By: /s/ Kimberly Trimble
GERALD B. SINGLETON
JOHN LEMON
KIMBERLY TRIMBLE
Attorneys for Plaintiff, ROGER WAYNE PARKER



**FEDERAL COURT PROOF OF SERVICE**
Roger Wayne Parker v. County of Riverside, et al
Case No. 5:21-cv-01280-JGB-KK

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 19, 2022, I served the following document(s): STIPULATION AND JOINT REQUEST OF PARTIES TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING APPEAL OF COURT'S ORDER PARTIALLY DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 19, 2022, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

## SERVICE LIST
### Roger Wayne Parker v. County of Riverside, et al
### Case No. 5:21-cv-01280-JGB-KK

Gerald B. Singleton
John Lemon
Kimberly Trimble
SINGLETON SCHREIBER LLP
450 A Street, 5th Floor
San Diego, California 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Attorneys for Plaintiff, ROGER WAYNE PARKER
gsingleton@singletonschreiber.com
jlemon@singletonschreiber.com
ktrimble@singletonschreiber.com


Wilbur O. Colom, MS SBN 6403 *(Pro Hae Vice Pending)*
COLOM AND BRANT LLC
SPECIAL COUNSEL TO THE PRESIDENT OF THE NAACP
P. O. Box 866
Columbus, MS 397703
Telephone: (662) 327-0903
Facsimile: (662) 329-4832
wil@colom.com