Admin Close
# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| ROGER WAYNE PARKER,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH, individually and in his official capacity as County of Riverside District Attorney; SEAN LAFFERTY, individually and in his official capacity; and TRICIA FRANSDAL, individually and in her official capacity; JEFF VAN WAGENEN, individually,<br><br>  Defendants. | Case No. 5:21-cv-01280-JGB-KK<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST OF PARTIES TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING APPEAL OF COURT'S ORDER PARTIALLY DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Complaint Filed:  July 29, 2021<br>Notice of Appeal:  June 30, 2022<br>Trial Date:   June 27, 2023 |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including, but not limited to, the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. In light of the facts presented, the Court finds there is Good Cause for the stay requested as Defendants' Appeal (Ninth Circuit Case No. 22-55614) raises a serious question of constitutional law that should be resolved prior to moving forward with the litigation in this matter at the District Court level and there is irreparable harm to both parties in continuing to litigate in the District Court when Defendants' Appeal is pending. [*See* Dkt. 55 at pp. 3-4.]

2. All further proceedings in this matter, including discovery (both written and depositions, non-expert and expert), motions (pre-trial, discovery-related, and dispositive), and trial, shall be stayed until further order of this Court, pending resolution of Defendants' appeal of this Court's order partially denying Defendants' Motion for Judgment on the Pleadings.

3. All deadlines, cut-offs, and/or dates set in the operative Civil Trial Scheduling Order [Dkt. 34] are vacated. These deadlines include, and are not limited to, (1) Deadline for Initial Designation of Expert Witnesses (currently set for January 9, 2023); (2) Deadline for Designation of Rebuttal Expert Witnesses (currently set for January 30, 2023); (3) All Discovery Cut-Off (currently set for February 13, 2023); (4) Deadline for Hearing of Discovery Motions (currently set for February 13, 2023); (5) Dispositive Motion Hearing Cut-Off (currently set for May 1, 2023 at 9:00 a.m.); (6) Last Day to Conduct Settlement Conference (currently set for March 20, 2023); (7) Final Pretrial Conference (currently set for June 12, 2023 at 11:00 a.m.); and (8) Jury Trial (currently set for June 27, 2023 at 9:00 a.m.).

///
///
///
///
///

4. After final resolution of Defendants' appeal (whether by mandate of the Ninth Circuit or the Supreme Court, whichever occurs later), the Court anticipates setting a further Rule 16 Scheduling Conference to reset the vacated case management deadlines, including, but not limited to, setting the All Discovery Cut-Off in this matter for at least six (6) months after final resolution of Defendants' appeal.

**IT IS SO ORDERED.**

DATED: September 21, 2022

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4862-2667-3971.3

3

ORDER ON PARTIES STIP. TO STAY FURTHER DIST. COURT PROCEEDINGS