# EXHIBIT D

| | |
|---|---|
| **From:** | DiMaria, Lisa |
| **Sent:** | Wednesday, November 30, 2011 8:19 AM |
| **To:** | Ross, Christopher |
| **Subject:** | Parker memo as you requested |
| **Attachments:** | Memo to Sean and Otis.doc |

**I already gave you my caveat about this...**

*Lisa DiMaria*
**Senior Deputy District Attorney**
**District Attorney's Office**
**County of Riverside**
**desk: (760)863-8749**
**fax: (760)863-8215**

1

COR 004724
CONFIDENTIAL-PRODUCED PURSUANT TO PROTECTIVE ORDER AS STATED BY COURT ON 12/04/20