# EXHIBIT E

SUPERIOR COURT - STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                          )
                    Plaintiff,            )
                                          )
         vs.                              ) Case No. INF10000647
                                          )
ROGER WAYNE PARKER, JR.,                  )
                                          )
                    Defendant.            )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE GRAHAM ANDERSON CRIBBS

MARCH 6, 2014

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | OFFICE OF THE DISTRICT ATTORNEY<br>BY: TRISHA FRANSDAL<br>82-675 Highway 111, 4th Floor<br>Indio, California  92201 |
| For the Defendant: | RONNY HETTENA<br>APPEARING SPECIALLY FOR:<br>JOSE ROJO |
| Reported by: | DALLAS ANN H. ERWOOD, CSR No. 5065<br>Official Court Reporter |

DALLAS ANN H. ERWOOD, CSR

```
 1                INDIO, CALIFORNIA; MARCH 6, 2014
 2            BEFORE THE HONORABLE GRAHAM ANDERSON CRIBBS
 3            MS. FRANSDAL:  Your Honor, is the Court available to
 4   call the Roger Parker matter?
 5            THE COURT:  Yes.
 6            MS. FRANSDAL:  Thank you.
 7            THE COURT:  Folks, at this time formally calling the
 8   matters entitled People of the State of California versus
 9   Roger Parker.
10            Counsel, please do state your name and appearance for
11   the record, please.
12            MR. HETTENA:  Ronny Hettena, specially appearing on
13   behalf of Jose Rojo, on behalf of his client, Mr. Parker, who
14   is present in the courtroom, and Mr. Parker is in custody.
15            MS. FRANSDAL:  Trish Fransdal on behalf of the
16   People.
17            Your Honor.  At this time, the People are going to
18   move to dismiss, 1385, due to insufficiency of the evidence.
19   I want to make clear for the record that this is without
20   prejudice.  We do retain the right to refile if additional
21   evidence comes to light.
22            THE COURT:  And we're addressing Case No.
23   INF10000647, correct?
24            MS. FRANSDAL:  And -- yes.  And that is the 187.
25            THE COURT:  Yes.
26            MS. FRANSDAL:  Correct.
27            THE COURT:  With regard to the other matter which is
28   set for F.S.C. today, it's a Southwest case, SWF1102362?
```

| | |
|---|---|
| 1 | MS. FRANSDAL: I -- I'm sorry. I was unaware that |
| 2 | that was on calendar. Could the Court please enlighten me as |
| 3 | to what that case is? |
| 4 | THE COURT: It's a 243.1. |
| 5 | MS. FRANSDAL: I believe we should send that back to |
| 6 | Southwest, Your Honor, and have them deal with that in that |
| 7 | court, if that pleases the Court. |
| 8 | THE COURT: Madame Clerk, would that be appropriate? |
| 9 | THE CLERK: Yes, sir. |
| 10 | THE COURT: Very well. That will be the order of the |
| 11 | Court. It will go back to Southwest. Thank you. |
| 12 | MR. HETTENA: Just so that I'm clear, Your Honor, |
| 13 | could Mr. Rojo be relieved from the matter that is going to -- |
| 14 | THE COURT: Affirmative. |
| 15 | MR. HETTENA: Thank you, Your Honor. |
| 16 | THE COURT: With regard to defense counsel's request |
| 17 | that Mr. Rojo, who is acting counsel for Mr. Parker at this |
| 18 | time, based upon the dismissal of the case that we've covered |
| 19 | thus far, Mr. Rojo is formally relieved as counsel. |
| 20 | Thank you. |
| 21 | MR. HETTENA: Thank you. |
| 22 | MS. FRANSDAL: Thank you. |
| 23 | (The Court heard unrelated matters.) |
| 24 | THE CLERK: We need a date. |
| 25 | THE COURT: Hang on a second. Okay? |
| 26 | With regard to Mr. Parker, with regard to the |
| 27 | Southwest case, it should also be evented for confirmation of |
| 28 | counsel there. Thank you. |

DALLAS ANN H. ERWOOD, CSR

```
 1         THE CLERK:  On what date, Your Honor?
 2         THE COURT:  As soon as possible.  Pick a date.  Be
 3  reasonable under the circumstances.  Two weeks?  One week?
 4         THE CLERK:  It's set for F.S.C.
 5         MS. FRANSDAL:  Is also pre prelim.  And there's been
 6  waivers, I assume?
 7         THE CLERK:  There's been waivers.
 8         MS. FRANSDAL:  Okay.  Two weeks should be fine.
 9         THE CLERK:  March 20th.
10         THE COURT:  So whatever two weeks is out from where
11  we are right now, seems to be the 20th. Thank you.
12         MS. FRANSDAL:  Thank you, Your Honor.
13                     (Proceedings concluded.)
```

DALLAS ANN H. ERWOOD, CSR

REPORTER'S CERTIFICATE

THE PEOPLE OF THE STATE OF CALIFORNIA, )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            ) Case No. INF10000647
                                       )
ROGER WAYNE PARKER, JR.,               )
                                       )
                    Defendant.         )
_____)

    I, Dallas Ann H. Erwood, Certified Shorthand Reporter No. 5065, hereby certify:

    On March 6, 2014, in the county of Riverside, state of California, I took in stenotype a true and correct report of the testimony given and proceedings had in the above-entitled case, pages 1 through 3, and that the foregoing is a true and accurate transcription of my stenotype notes, taken as aforesaid, and is the whole thereof.

Dated:  Indian Wells, California, October 26, 2020.

                                                  DALLAS ANN H. ERWOOD, CSR No. 5065