**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L.N. BAKKEN SB#329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL and JEFF VAN WAGENEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROGER WAYNE PARKER,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH, individually and in his official capacity as County of Riverside District Attorney; SEAN LAFFERTY, individually and in his official capacity; and TRICIA FRANSDAL, individually and in her official capacity; JEFF VAN WAGENEN, individually,<br><br>  Defendants. | Case No. 5:21-cv-01280-JGB-KK<br>[*District Judge, Jesus G. Bernal*<br>*Magistrate Judge, Kenley Kiya Kato*]<br><br>**NOTICE OF LODGING: SECOND AMENDED PROPOSED ORDER GRANTING PARTIAL JUDGMENT ON THE PLEADINGS TO DEFENDANTS**<br><br>Complaint Filed:   July 29, 2021<br>Trial Date:             None Set |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 7, 8, 10 and/or U.S. Dist. Ct., C.D. Cal. L.R. 7-20, defendants COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL and JEFF VAN WAGENEN (collectively hereinafter as "Defendants"), hereby Lodge with the honorable Court Defendants' Second Amended Proposed Granting Partial Judgment

1 | on the Pleadings. [*See* Dkt. 74.]

3 | DATED: November 28, 2023   LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Abigail J.R. McLaughlin*
TONY M. SAIN
TORI L. N. BAKKEN
ABIGAIL J.R. McLaughlin
Attorneys for Defendants,
COUNTY OF RIVERSIDE, PAUL E. ZELLERBACH, SEAN LAFFERTY, TRICIA FRANSDAL and JEFF VAN WAGENEN

**FEDERAL COURT PROOF OF SERVICE**
Roger Wayne Parker v. County of Riverside, et al
Case No. 5:21-cv-01280-JGB-KK

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 28, 2023, I served the following document(s):  NOTICE OF LODGING: SECOND AMENDED PROPOSED ORDER GRANTING PARTIAL JUDGMENT ON THE PLEADINGS TO DEFENDANTS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 28, 2023, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

# SERVICE LIST
### Roger Wayne Parker v. County of Riverside, et al
### Case No. 5:21-cv-01280-JGB-KK

| | |
|---|---|
| Gerald B. Singleton<br>John Lemon<br>Kimberly Trimble<br>SINGLETON SCHREIBER LLP<br>450 A Street, 5th Floor<br>San Diego, California 92101 | Attorneys for Plaintiff, ROGER WAYNE PARKER<br><br>Tel: (619) 771-3473<br>Fax: (619) 255-1515<br>gsingleton@singletonschreiber.com<br>jlemon@singletonschreiber.com<br>ktrimble@singletonschreiber.com |
| Wilbur O. Colom, MS SBN 6403 *(Pro Hac Vice Pending)*<br>COLOM AND BRANT LLC<br>SPECIAL COUNSEL TO THE PRESIDENT OF THE NAACP<br>P. O. Box 866<br>Columbus, MS 397703 | Telephone: (662) 327-0903<br>Facsimile: (662) 329-4832<br>wil@colom.com |