Kimberly S. Trimble (CA SBN 288682)
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA  92108
ktrimble@singletonschreiber.com
Tel.  (619) 771-3473
Fax.  (619) 255-1515

Wilbur O. Colom (MS SBN 6403) (*Pro Hac Vice*)
wil@colom.com
COLOM AND BRANT LLC
SPECIAL COUNSEL TO THE PRESIDENT OF THE NAACP
P.O. Box 866
Columbus, MS 39703
Telephone: (662) 327-0903
Facsimile: (662) 329-4832

Attorneys for Plaintiff Roger Wayne Parker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE PARKER,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH, individually and in his official capacity as County of Riverside District Attorney; SEAN LAFFERTY, individually and in his official capacity; and TRICIA FRANSDAL, individually and in her official capacity; JEFF VAN WAGENEN, individually and in his official capacity.<br><br>        Defendants. | Case No: 21-cv-1280-JGB-KK<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. David T. Bristow<br><br>**Plaintiff's Statement of Intent to Oppose Motion for Judgment on the Pleadings**<br>Date:     July 1, 2024<br>Time:     9:00 a.m.<br>Crtrm.:   1 [Riverside]<br><br>Complaint Filed: 07/29/2021<br>FAC Filed: 09/29/2023<br>Trial Date: None Set |

1

Plaintiff Roger Wayne Parker ("Plaintiff") hereby submits this statement of intent to oppose Defendants' Motion for Judgment on the Pleadings. Based on the currently scheduled hearing date of July 1, 2024, Plaintiff's opposition is due today. However, the parties have filed a joint stipulation requesting a continuance of the hearing date to August 5, 2024, which includes an extension of the deadlines for opposition and reply papers.

The joint stipulation has not yet been ruled on by this Court. Plaintiff therefore files this statement to preserve his request for leave to fully brief his opposition after the Court rules on the stipulation.

Dated: June 10, 2024                    SINGLETON SCHREIBER, LLP

By:   _/s/ Kimberly S. Trimble_
      Kimberly S. Trimble
      Attorneys for Plaintiff
      Roger Wayne Parker

Plaintiff's Statement of Intent to Oppose Motion for Judgment on the Pleadings