# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH, individually and in his official capacity as County of Riverside District Attorney; SEAN LAFFERTY, individually and in his official capacity; and TRICIA FRANSDAL, individually and in her official capacity; JEFF VAN WAGENEN, individually and in his official capacity.<br><br>    Defendants. | Case No: 5:21-cv-1280-JGB-KK<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>NOTE CHANGES MADE BY THE COURT |

1  Good cause having been shown, **IT IS HEREBY ORDERED** that the Joint
2  Stipulation to Continue Hearing Date on Motion for Judgment on the Pleadings is
3  granted.
4  The hearing date is continued to August 26, 2024, at 9:00 a.m. in
5  Courtroom 1 of the above-captioned Court, located at 3470 Twelfth Street,
6  Riverside, California 92501.
7  **SO ORDERED.**

Dated: June 14, 2024

Hon. Jesus G. Bernal