JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROGER WAYNE PARKER, | Case No. 5:21-cv-01280-JGB-DTB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH; SEAN LAFFERTY; TRICIA FRANSDAL; and JEFFREY VAN WAGENEN, | |
| Defendants. | |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and against the Motion for Judgment on the Pleadings filed by Defendants, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Judgment on the Pleadings is **GRANTED**;

2. Plaintiff's First Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**;

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff; and

4. The Clerk of the Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: August 21, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge