Name: Benjamin I. Siminou (254815)/Sarah R. Weinman (314382) *
Address: 591 Camino de la Reina, Suite 1025
City, State, Zip: San Diego, CA  92108
Phone: (619) 810-9430
Fax: (619) 255-1515    *additional counsel listed on Attachment
E-Mail: bsiminou@singletonschreiber.com/sweinman@singletonschreiber.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROGER WAYNE PARKER

PLAINTIFF(S),

v.

COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH; SEAN LAFFERTY; TRICIA FRANSDAL; and JEFFREY VAN WAGENEN

DEFENDANT(S).

CASE NUMBER:

21-cv-1280-JGB-KK

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Plaintiff Roger Wayne Parker_ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Defendants' Motion for Judgment of the Pleadings

☐ Other (specify):

Imposed or Filed on _8/21/2024_. Entered on the docket in this action on _8/21/2024_.

A copy of said judgment or order is attached hereto.

9/12/2024
Date

/s/ Sarah R. Weinman
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

*Parker v. County of Riverside, et al.*
Case No.: 5:21-cv-01280-JGB-DTB

## Attachment to Notice of Appeal

Additional Counsel for Appellants:

Leslie A. Brueckner (140968)
Jonna D. Lothyan (298650)
SINGLETON SCHREIBER, LLP
591 Camino De La Reina, Ste. 1025
San Diego, CA 92108
Tel: (619) 550-3579
*lbrueckner@singletonschreiber.com*
*jlothyan@singletonschreiber.com*

Wilbur O. Colom (MS 6403) (*Pro Hac Vice*)
COLOM AND BRANT LLC
Special Counsel to the President of the NAACP
P.O. Box 866
Columbus, MS 39703
Tel: (662) 327-0903
*wil@colom.com*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| ROGER WAYNE PARKER, | Case No. 5:21-cv-01280-JGB-DTB |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE; PAUL E. ZELLERBACH; SEAN LAFFERTY; TRICIA FRANSDAL; and JEFFREY VAN WAGENEN, | |
| Defendants. | |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and against the Motion for Judgment on the Pleadings filed by Defendants, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Judgment on the Pleadings is **GRANTED**;

2. Plaintiff's First Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**;

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff; and

4. The Clerk of the Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: August 21, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge

2

**Certificate of Service**

I certify that on September 12, 2024, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 12, 2024, at San Diego, California.

*/s/ Sarah R. Weinman*
Sarah R. Weinman