Benjamin I. Siminou (254815)
Leslie A. Brueckner (140968)
Jonna D. Lothyan (298650)
Sarah R. Weinman (314382)
SINGLETON SCHREIBER, LLP
591 Camino De La Reina, Ste. 1025
San Diego, CA 92108
Tel: (619) 810-9430
bsiminou@singletonschreiber.com
lbrueckner@singletonschreiber.com
jlothyan@singletonschreiber.com
sweinman@singletonschreiber.com

Wilbur O. Colom (MS 6403) (*Pro Hac Vice*)
COLOM AND BRANT LLC
Special Counsel to the President of the NAACP
P.O. Box 866
Columbus, MS 39703
Tel: (662) 327-0903
wil@colom.com

Attorneys for Plaintiff Roger Wayne Parker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Wayne Parker,<br><br>          Plaintiff,<br><br>     v.<br><br>County of Riverside; Paul E. Zellerbach, individually and in his official capacity as County of Riverside District Attorney; Sean Lafferty, individually and in his official capacity; Tricia Fransdal, individually and in her official capacity; and Jeff Van Wagenen, individually and in his official capacity,<br><br>          Defendants. | Case No.: 5:21-cv-01280-JGB-DTB<br><br>**Representation Statement**<br><br>District Judge:  Hon. Jesus G. Bernal<br>Mag. Judge:     Hon. David T. Bristow<br><br>Complaint Filed:  07/29/2021<br>FAC Filed:        09/29/2023<br>Trial Date:       None Set |

1

The undersigned represents Plaintiff Roger Wayne Parker. Attached is a service list that shows all of the parties to the action, and identifies their counsel by name, firm, address, and telephone number, where appropriate.

| | |
|---|---|
| Benjamin I. Siminou (254815)<br>Leslie A. Brueckner (140968)<br>Jonna D. Lothyan (298650)<br>Sarah R. Weinman (314382)<br>SINGLETON SCHREIBER, LLP<br>591 Camino De La Reina, Ste. 1025<br>San Diego, CA 92108<br>Tel: (619) 810-9430<br>*bsiminou@singletonschreiber.com*<br>*lbrueckner@singletonschreiber.com*<br>*jlothyan@singletonschreiber.com*<br>*sweinman@singletonschreiber.com* | **Attorneys for Plaintiff Roger Wayne Parker** |
| Wilbur O. Colom (MS 6403)<br>(*Pro Hac Vice*)<br>COLOM AND BRANT LLC<br>Special Counsel to the President of the NAACP<br>P.O. Box 866<br>Columbus, MS 39703<br>Tel: (662) 327-0903<br>*wil@colom.com* | **Attorneys for Plaintiff Roger Wayne Parker** |
| Anthony M. Sain<br>Tori Lyn Noelani Bakken<br>Abigail Mclaughlin<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Tel: (213) 250-1800<br>*Tony.Sain@lewisbrisbois.com*<br>*Tori.Bakken@lewisbrisbois.com*<br>*Abigail.McLaughlin@lewisbrisbois.com*<br>*Lilit.Arabyan@lewisbrisbois.com* | **Attorneys for Defendants County of Riverside, Paul E. Zellerbach, Sean Lafferty, Tricia Fransdal, and Jeff Van Wagenen** |

| | |
|---|---|
| Eugene P. Ramirez<br>MANNING AND KASS ELLROD RAMIREZ TRESTER LLP<br>801 South Figueroa Street 15th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 624-6900<br>epr@manningllp.com | ***Attorneys for Defendants County of Riverside, Paul E. Zellerbach, Sean Lafferty, Tricia Fransdal, and Jeff Van Wagenen*** |
| Alexander Seanon Rynerson<br>CARPENTER ROTHANS AND DUMONT, LLP<br>500 South Grand Avenue, 19th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 228-0400<br>ARynerson@CRDLaw.com | ***Attorneys for Defendants County of Riverside, Paul E. Zellerbach, Sean Lafferty, Tricia Fransdal, and Jeff Van Wagenen*** |

Dated: September 12, 2024

SINGLETON SCHREIBER, LLP

*/s/ Sarah R. Weinman*
Sarah R. Weinman

Benjamin I. Siminou
Leslie A. Brueckner
Jonna D. Lothyan

Attorneys for Plaintiff

3

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2024, I electronically filed the foregoing document: **Representation Statement**, and that it is available for viewing and downloading from the Court's CM/ECF system, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 12, 2024, at San Diego, California.

                                    */s/ Sarah R. Weinman*
                                    Sarah R. Weinman